# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LAWRENCE RODRIGUEZ, et al.,
on behalf of themselves and other present
and former City employees,

        Plaintiffs,

                                Case No. 07-cv-00901 MV/ACT

CITY OF ALBUQUERQUE,

        Defendant.

## NOTICE OF OPT-IN CLASS MEMBERS

**COME NOW** the Plaintiffs, by and through their attorneys of record, The Bregman Law Firm, P.C. (Sam Bregman and Eric Loman) and Paul Livingston, Esq., and hereby gives notice that the following people have opted-in to the class of plaintiff's in this action.  Each person's consent to be represented is attached hereto. This Notice includes six persons.

1.       Ernest L. Lopez
2.       Robert G. Candelaria Jr.
3.       Rose Marie Neal
4.       Placido L. Maldonado
5.       William Duran
6.       Michael A. Garcia

Respectfully submitted,

**THE BREGMAN LAW FIRM, P.C.**

By: _____

    Sam Bregman
    Eric Loman
    **Attorneys for Plaintiff**
    111 Lomas Blvd. N.W., Ste. 230
    Albuquerque, NM 87102
    (505) 761-5700

I hereby certify that a copy of the foregoing
was emailed to Counsel of Record
on this 31st day of October, 2007.

_____
Eric Loman