IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE RODRIGUEZ, STEVEN J
DURAN, ROSEMARY NEAL, JASON
BROWN and GREG MIERA, On behalf of
themselves and other Present and former
City employees,

        Plaintiffs,

vs.                                                                                                  No. CIV 07-901 JB/ACT

CITY OF ALBUQUERQUE,

        Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN**

      THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed April 4, 2008 (Doc.15), the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates contained in the Scheduling Order entered May 16, 2008 (Doc. 17).

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE