IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE RODRIGUEZ, STEVEN J.
DURAN, ROSEMARY NEAL, JASON
BROWN and GREG MIERA,

On behalf of themselves and other
Present and former City employees,

                Plaintiffs,

-vs-                                        Cause No. 1:07-cv-00901

CITY OF ALBUQUERQUE,

                Defendant.

## MOTION TO VACATE SETTLEMENT CONFERENCE

      The City of Albuquerque, through its undersigned attorneys, respectfully moves the Court to vacate the settlement conference currently set for June 5, 2008 in this matter.  As grounds for the Motion, the City informs the Court that a Motion to Reconsider is currently pending in *Chavez v. City of Albuquerque*, No.CIV 02-0562 JH/ACT, filed by Plaintiffs' attorneys here.  The issues in that case are identical to the issues Plaintiffs raise here, on which the City largely prevailed in the previous lawsuit, and for which the City intends to file dispositive motions here.  Consequently, the City believes a settlement conference would be unprofitable at this stage of the proceedings.  In addition, lead counsel for the City Ed Bergmann has a conflict with the June 5 date currently set.  Counsel for Plaintiffs, Paul Livingston, was consulted, but did not agree to vacating the settlement conference.

1

For the foregoing reasons, the City respectfully asks the Court to vacate the settlement conference set for June 5, 2008.

Respectfully Submitted,

Robert M. White
City Attorney


 /s/ Edward W. Bergmann
Edward W. Bergmann
Michael Garcia
Assistant City Attorneys
P.O. 2248
Albuquerque, N.M. 87103
(505) 768-4500

I hereby certify that on the 22nd day of
May, 2008, a true and correct copy
of the foregoing pleading was filed
electronically and mailed to the following
counsel of record:

Sam Bregman
Eric Loman
111 Lomas Blvd. N.W, Suite 230
Albuquerque, N.M. 87102

Paul Livingston
P.O. Box 250
Placitas, N.M. 87043


 /s/Electronically signed
Edward W. Bergmann