IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LAWRENCE RODRIGUEZ, STEVEN J.
DURAN, ROSEMARY NEAL, JASON
BROWN and GREG MIERA, On behalf of
themselves and other Present and former
City employees,**

       **Plaintiffs,**

    **v.**                                **No. Civ. 07-00901 JB/ACT**

**CITY OF ALBUQUERQUE,**

       **Defendant.**

## ORDER SETTING TELEPHONE CONFERENCE

THIS MATTER is before the Court *sua sponte* for the scheduling of a Rule 16 Telephone Conference at **11:30 a.m., Wednesday, May 28, 2008**. The issue to be discussed is Defendant's Motion to Vacate Settlement Conference. Defendant is responsible for arranging a conference call to the chambers of Magistrate Judge Alan C. Torgerson at 348-2380.

    **IT IS SO ORDERED.**

                                                                  ALAN C. TORGERSON
                                                                 United States Magistrate Judge