IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LAWRENCE RODRIGUEZ, STEVEN J.
DURAN, ROSEMARY NEAL, JASON
BROWN and GREG MIERA, On behalf of
themselves and other Present and former
City employees,**

       **Plaintiffs,**

       v.                                                                   No. Civ. 07-00901 JB/ACT

**CITY OF ALBUQUERQUE,**

       **Defendant.**

### ORDER RESCHEDULING RULE 16 SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court *sua sponte,* the Court noting that this matter is scheduled for a Rule 16 Settlement Conference on October 8, 2008, and the Court further noting that there has not been a ruling on the pending Motion to Reconsider in Chavez v. City of Albuquerque, No. Civ. 02-0562, JH/ACT,

**IT IS ORDERED** that the settlement conference scheduled for October 8, 2008, is hereby vacated and rescheduled for **9:30 a.m. on Thursday, January 15, 2009**. Counsel should refer to the Order Setting Rule 16 Settlement Conference (Docket No. 19) filed May 19, 2008, for instructions and deadlines.

                                                                   **ALAN C. TORGERSON**
                                                                   **United States Magistrate Judge**