## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LAWRENCE RODRIGUEZ, ROSE MARIE NEAL,
JASON BROWN, and GREG MIERA,
on behalf of themselves and other present
and former City employees,

       Plaintiffs,

v.                                         No. CIV 07-0901 JB/ACT

CITY OF ALBUQUERQUE,

       Defendant.

### <u>ORDER</u>

**THIS MATTER** comes before the Court on the Plaintiffs' Unopposed Motion for Leave to Amend, filed November 26, 2008 (Doc. 39).  The Court held a hearing on December 19, 2008. The primary issue is whether the Court should permit the Plaintiffs to file an Amended Complaint that responds to certain concerns Defendant City of Albuquerque has raised.  For the reasons stated at the hearing and other reasons consistent therewith, the Court will grant the motion and allow the Plaintiffs to filed their Amended Complaint.

       **IT IS ORDERED** that the Plaintiffs' Unopposed Motion for Leave to Amend is granted.

                                       _____
                                       UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Livingston
Placitas, New Mexico

-- and --

Sam Bregman
Eric Loman
The Bregman Law Firm, PC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Robert M. White
  City Attorney
Paula I. Forney
Michael I. Garcia
  Assistant City Attorneys
Albuquerque, New Mexico

-- and --

Edward W. Bergmann
Seyfarth Shaw LLP
Chicago, Illinois

    *Attorneys for the Defendant*