**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LAWRENCE RODRIGUEZ, ROSE MARIE NEAL,
JASON BROWN, and GREG MIERA,
on behalf of themselves and other present
and former City employees,

        Plaintiffs,

v.                                                        No. CIV 07-0901 JB/ACT

CITY OF ALBUQUERQUE,

        Defendant.

**ORDER**

       **THIS MATTER** comes before the Court on the Defendant's Motion to Strike Certain Consents, filed August 5, 2008 (Doc. 24). The Court held a hearing on December 19, 2008. The primary issue is whether the Court should strike the consents of various individuals to this suit. The Plaintiffs' Amended Complaint addresses many of the issues raised in the motion, and to that extent, the motion is denied as moot. For the reasons stated at the hearing and other reasons consistent therewith, the remainder of the motion is denied. The Court notes, however, that the only persons who are presently parties are those specifically named and identified in the Amended Complaint's caption.

       **IT IS ORDERED** that the Defendant's Motion to Strike Certain Consents is denied in part as moot and the remainder is denied. The only persons who are presently parties are those specifically named and identified in the Amended Complaint's caption.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Livingston
Placitas, New Mexico

-- and --

Sam Bregman
Eric Loman
The Bregman Law Firm, PC
Albuquerque, New Mexico

 *Attorneys for the Plaintiffs*

Robert M. White
 City Attorney
Paula I. Forney
Michael I. Garcia
 Assistant City Attorneys
Albuquerque, New Mexico

-- and --

Edward W. Bergmann
Seyfarth Shaw LLP
Chicago, Illinois

 *Attorneys for the Defendant*