IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE RODRIGUEZ, et al.,

    Plaintiffs,

v.                                                  No. CIV 07-901 JB/ACT

CITY OF ALBUQUERQUE,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND FILING DEADLINES OF DISPOSITIVE MOTIONS**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Filing Deadlines of Dispositive Motions. The Court, noting that the Motion is unopposed, and otherwise being fully advised, FINDS that the Motion is well taken and is therefore GRANTED.

Wherefore, the filing deadlines on the Parties' dispositive motions are as follows:

    Motion for Summary Judgment September 4, 2009;

    Responses September 22, 2009;

    Replies October 6, 2009;

    Oral Argument is scheduled on October 13, 2009 at 9:00 a.m..

_____
UNITED STATES DISTRICT JUDGE